UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WADLEY PIERRE,

    Plaintiff,

v.

PRESIDENT AND FELLOWS OF
HARVARD COLLEGE, MARTIN BRESLIN,
and RICHARD SPINGEL,

    Defendants.

Civil Action No. 13-12055-MLW

## **STIPULATION FOR DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Wadley Pierre ("Mr. Pierre") and Defendants President and Fellows of Harvard College ("Harvard"), Martin Breslin ("Breslin") and Richard Spingel ("Spingel") (collectively referred to herein as "Defendants") hereby stipulate to the dismissal of the above-captioned action, and in particular Mr. Pierre's Second Amended Complaint and each of his claims asserted therein, with prejudice, without costs or attorneys' fees to any party, and waiving all rights of appeal. All parties have stipulated to this dismissal.

<div style="display: flex;">
<div>

Respectfully submitted,

WADLEY PIERRE

*[signature: Wadley Pierre]*

Wadley Pierre, *pro se*
P.O. Box 320247
West Roxbury, MA 02132

Dated: March 31, 2015

</div>
<div>

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE, MARTIN BRESLIN AND RICHARD SPINGEL

By their attorneys

*[signature]*

Robert P. Joy, Esq. (BBO # 254820)
Sean P. O'Connor, Esq. (BBO # 673835)
Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109
(617) 523-6666
fax: (617) 367-3125
rpjoy@morganbrown.com
soconnor@morganbrown.com

</div>
</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon Plaintiff, Wadley Pierre, P.O. Box 320247, West Roxbury, MA 02132 by first-class U.S. mail this 31st day of March, 2015.

_____
Sean P. O'Connor