UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 13-12055-NMG

Wadley Pierre

v.

President and Fellows of Harvard College, et al

## ORDER OF DISMISSAL

GORTON, D.J.

    In accordance with the Stipulation of Dismissal filed by the parties on 3/31/15, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Patch
Deputy Clerk

April 1, 2015

To: All Counsel